**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| In the matter of: | Case No. **14-10026-TMD** |
|---|---|
| **VALERIE GARZA LOPEZ** | Chapter 7 |
| Debtor(s) | Judge **Tony M. Davis** |

NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of (1) $14,976.70 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Ste 1120<br>Miami, FL 33131-1605 | 6 | $975.37 |
| Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Ste 1120<br>Miami, FL 33131-1605 | 7 | $368.01 |
| Progeny II, Inc.<br>PO Box 341119<br>Austin, TX 78734-0019 | 8 | $13,633.32 |
| Total Unclaimed Dividends $25.00 or under | | $0.00 |
| Total Unclaimed Dividends Over $25.00 | | $14,976.70 |

Dated: 04/09/2020 /s/ RON SATIJA
RON SATIJA
PO BOX 660208
Austin, TX 78766-7208
Telephone/Fax : (512) 733-1311

CERTIFICATE OF SERVICE

The above signature certifies that the Trustee has served the foregoing document on the United States Trustee, 903 San Jacinto Blvd., Ste. 230, Austin, TX 78701 by CM/ECF on April 9, 2020.