UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-10026-TMD |
| | § | |
| VALERIE GARZA LOPEZ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

Ron Satija, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,787.50 | Assets Exempt: | $21,350.00 |
| Total Distributions to Claimants: | $16,656.11 | Claims Discharged Without Payment: | $222,928.09 |
| Total Expenses of Administration: | $19,301.56 | | |

3) Total gross receipts of $37,036.67 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,079.00 (see **Exhibit 2**), yielded net receipts of $35,957.67 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $22,300.00 | $21,726.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $19,301.56 | $19,301.56 | $19,301.56 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $800.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $134,827.00 | $103,957.20 | $103,957.20 | $16,656.11 |
| **Total Disbursements** | $157,927.00 | $144,984.76 | $123,258.76 | $35,957.67 |

4). This case was originally filed under chapter 7 on 01/06/2014. The case was pending for 76 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/06/2020     By:  /s/ Ron Satija
                             Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| AR - Florencio and Juanita Pruneda 502 Calle Real, Sonora, TX | 1121-000 | $11,161.00 |
| potential 2013 tax refund | 1124-000 | $867.00 |
| 3884 W. State Loop 291, Roosevelt, TX 76874 Community Property (property is only in husband's name, but was purchased | 1141-000 | $17,000.00 |
| 1975 Stock Trailer | 1141-000 | $750.00 |
| 1977 Stock Trailer | 1141-000 | $1,250.00 |
| 1994 Dodge Truck | 1141-000 | $1,000.00 |
| 2007 3-Horse Slant Trailer | 1141-000 | $4,500.00 |
| Honda ATV | 1141-000 | $250.00 |
| Yamaha ATV | 1141-000 | $250.00 |
| Interest on payment plan for tax refund | 1224-000 | $8.67 |
| **TOTAL GROSS RECEIPTS** | | $37,036.67 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| 01/02/17 $153.00 pmt processed after bids closed | Funds to Third Parties | 8500-002 | $153.00 |
| 02/05/17 $153.00 pmt processed after bids closed | Funds to Third Parties | 8500-002 | $153.00 |
| 03/03/17 $153.00 pmt processed after bids closed | Funds to Third Parties | 8500-002 | $153.00 |
| 04/01/17 $153.00 pmt processed after bids closed | Funds to Third Parties | 8500-002 | $153.00 |
| 04/21/17 $153.00 pmt processed after bids closed | Funds to Third Parties | 8500-002 | $153.00 |
| 05/31/17 $153.00 pmt processed after bids closed | Funds to Third Parties | 8500-002 | $153.00 |
| 07/10/17 $153.00 pmt processed after bids closed | Funds to Third Parties | 8500-002 | $8.00 |
| 12/06/16 $153.00 pmt processed after bids closed | Funds to Third Parties | 8500-002 | $153.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $1,079.00 |

### EXHIBIT 3 – SECURED CLAIMS

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Junction National Bank | 4210-000 | $0.00 | $21,726.00 | $0.00 | $0.00 |
|  | Junction National Bank | 4210-000 | $22,000.00 | $0.00 | $0.00 | $0.00 |
|  | Kimble County Tax Assessor-Collector | 4800-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** |  |  | $22,300.00 | $21,726.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ron Satija, Trustee | 2100-000 | NA | $4,345.77 | $4,345.77 | $4,345.77 |
| Ron Satija, Trustee | 2200-000 | NA | $2,362.95 | $2,362.95 | $2,362.95 |
| International Sureties, Ltd | 2300-000 | NA | $44.48 | $44.48 | $44.48 |
| Independent Bank | 2600-000 | NA | $34.79 | $34.79 | $34.79 |
| Integrity Bank | 2600-000 | NA | $1,673.85 | $1,673.85 | $1,673.85 |
| Kimble County District Clerk | 2700-000 | NA | $61.00 | $61.00 | $61.00 |
| Curtis Law Firm PLLC - fees & exp per odr d 07/08/16 dkt 60, Special Counsel for Trustee | 3210-600 | NA | $9,478.75 | $9,478.75 | $9,478.75 |
| Curtis Law Firm PLLC - fees & exp per odr d 07/08/16 dkt 60, Special Counsel for Trustee | 3220-610 | NA | $594.47 | $594.47 | $594.47 |
| John Mosley - Odr pay fees & exp d 06/18/18 dkt 70, Accountant for Trustee | 3410-000 | NA | $680.00 | $680.00 | $680.00 |
| John Mosley - Odr pay fees & exp d 06/18/18 dkt 70, Accountant for Trustee | 3420-000 | NA | $25.50 | $25.50 | $25.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** |  | NA | $19,301.56 | $19,301.56 | $19,301.56 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | 5800-000 | $800.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $800.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | American InfoSource LP | 7100-000 | $0.00 | $8,045.64 | $8,045.64 | $1,289.09 |
| 3 | Quantum3 Group LLC | 7100-000 | $0.00 | $439.65 | $439.65 | $70.44 |
| 4 | Quantum3 Group LLC | 7100-000 | $0.00 | $1,189.00 | $1,189.00 | $190.50 |
| 5 | Quantum3 Group LLC | 7100-000 | $0.00 | $807.52 | $807.52 | $129.38 |
| 6 | Capital Recovery V, LLC | 7100-000 | $0.00 | $6,087.68 | $6,087.68 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 6; Capital Recovery V, LLC) | 7100-001 | $0.00 | $0.00 | $0.00 | $975.37 |
| 7 | Capital Recovery V, LLC | 7100-000 | $0.00 | $2,296.92 | $2,296.92 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 7; Capital Recovery V, LLC) | 7100-001 | $0.00 | $0.00 | $0.00 | $368.01 |
| 8 | Progeny II, Inc. | 7100-000 | $0.00 | $85,090.79 | $85,090.79 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 8; Progeny II, Inc.) | 7100-001 | $0.00 | $0.00 | $0.00 | $13,633.32 |
| | Area Wholesale Tire Company, LLC | 7100-000 | $13,433.00 | $0.00 | $0.00 | $0.00 |
| | Capital One | 7100-000 | $3,763.00 | $0.00 | $0.00 | $0.00 |
| | Capital One | 7100-000 | $410.00 | $0.00 | $0.00 | $0.00 |
| | Chadwicks | 7100-000 | $1,189.00 | $0.00 | $0.00 | $0.00 |
| | Citi Bank/Comenity | 7100-000 | $1,750.00 | $0.00 | $0.00 | $0.00 |
| | Dillards | 7100-000 | $6,087.00 | $0.00 | $0.00 | $0.00 |
| | First State Bank | 7100-000 | $10,204.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| HSBC Bank | 7100-000 | $411.00 | $0.00 | $0.00 | $0.00 |
| Internal Revenue Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ojeda Law Office | 7100-000 | $825.00 | $0.00 | $0.00 | $0.00 |
| One Stop Plus | 7100-000 | $807.00 | $0.00 | $0.00 | $0.00 |
| Sams/GE Capital | 7100-000 | $9,168.00 | $0.00 | $0.00 | $0.00 |
| Smithco Marketing Corp | 7100-000 | $36,000.00 | $0.00 | $0.00 | $0.00 |
| Smithco Marketing Corp | 7100-000 | $30,000.00 | $0.00 | $0.00 | $0.00 |
| Smithco Marketing Corp | 7100-000 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| Target National Bank | 7100-000 | $8,045.00 | $0.00 | $0.00 | $0.00 |
| The Avenue | 7100-000 | $439.00 | $0.00 | $0.00 | $0.00 |
| WAL MART | 7100-000 | $2,296.00 | $0.00 | $0.00 | $0.00 |
| William Keaton Blackburn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $134,827.00 | $103,957.20 | $103,957.20 | $16,656.11 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1  Exhibit 8

| Case No.: | 14-10026-TMD | Trustee Name: | Ron Satija |
| Case Name: | LOPEZ, VALERIE GARZA | Date Filed (f) or Converted (c): | 01/06/2014 (f) |
| For the Period Ending: | 5/6/2020 | §341(a) Meeting Date: | 02/06/2014 |
| | | Claims Bar Date: | 09/29/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1993 14' X 46' Mobile Home Homestead | $10,890.00 | $0.00 | | $0.00 | FA |
| 2 | 3884 W. State Loop 291, Roosevelt, TX 76874 Community Property (property is only in husband's name, but was purchased during the marriage.) (Debtor has a 1/2 interest) (Value = $36,880) | $18,440.00 | $17,000.00 | | $17,000.00 | FA |
| Asset Notes: | asset per odr 05/22/14 dkt 25; part of $25k settle per odr 11/03 dkt 48 | | | | | |
| 3 | Bank accounts | $110.00 | $0.00 | | $0.00 | FA |
| 4 | Household Goods | $2,500.00 | $0.00 | | $0.00 | FA |
| 5 | Clothing | $500.00 | $0.00 | | $0.00 | FA |
| 6 | Jewelry | $150.00 | $0.00 | | $0.00 | FA |
| 7 | Firearms | $800.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | amend scheds still using the wrong exemptions 05-14-14 | | | | | |
| 8 | Whole Life | $1,000.00 | $0.00 | | $0.00 | FA |
| 9 | AR - Florencio and Juanita Pruneda 502 Calle Real, Sonora, TX | $13,000.00 | $9,811.00 | | $11,161.00 | FA |
| Asset Notes: | asset value $26,000 50% owned by debtor's brother; settle order debtor's share IS asset 11/03/14 dkt 48 | | | | | |
| 10 | 1999 Chevrolet Silverado | $4,350.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | $675 d5 | | | | | |
| 11 | 1979 Chevrolet Truck | $875.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | asset per odr 05/22/14 dkt 25; settle order NOT asset 11/03/14 dkt 48 | | | | | |
| 12 | 2007 Dodge Truck | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | asset per odr 05/22/14 dkt 25; settle order NOT asset 11/03/14 dkt 48 | | | | | |
| 13 | 1994 Dodge Truck | $0.00 | $1,000.00 | | $1,000.00 | FA |
| Asset Notes: | 32% of lien $22,000; asset per odr 05/22/14 dkt 25; part of $25k settle per odr 11/03 dkt 48 | | | | | |
| 14 | Honda ATV | $250.00 | $250.00 | | $250.00 | FA |
| Asset Notes: | asset per odr 05/22/14 dkt 25; part of $25k settle per odr 11/03 dkt 48 | | | | | |
| 15 | Yamaha ATV | $100.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | asset per odr 05/22/14 dkt 25; settle order NOT asset 11/03/14 dkt 48 | | | | | |
| 16 | Yamaha ATV | $100.00 | $250.00 | | $250.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2     Exhibit 8

| Case No.: | 14-10026-TMD | Trustee Name: | Ron Satija |
|---|---|---|---|
| Case Name: | LOPEZ, VALERIE GARZA | Date Filed (f) or Converted (c): | 01/06/2014 (f) |
| For the Period Ending: | 5/6/2020 | §341(a) Meeting Date: | 02/06/2014 |
| | | Claims Bar Date: | 09/29/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 17  Stock Trailer | $250.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  testified at 2004 exam that his is sole property of ex-spouse | | | | | |
| 18  1975 Stock Trailer | $0.00 | $750.00 | | $750.00 | FA |
| Asset Notes:  25% of lien $22,000; asset per odr 05/22/14 dkt 25; part of $25k settle per odr 11/03 dkt 48 | | | | | |
| 19  1977 Stock Trailer | $1,250.00 | $1,250.00 | | $1,250.00 | FA |
| Asset Notes:  asset per odr 05/22/14 dkt 25; part of $25k settle per odr 11/03 dkt 48 | | | | | |
| 20  1995 Flat Bed Trailer | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes:  43% of lien $22,000; asset per odr 05/22/14 dkt 25; settle order NOT asset 11/03/14 dkt 48 | | | | | |
| 21  2007 3-Horse Slant Trailer | $5,000.00 | $4,500.00 | | $4,500.00 | FA |
| Asset Notes:  asset per odr 05/22/14 dkt 25; part of $25k settle per odr 11/03 dkt 48 | | | | | |
| 22  Welding Trailer | $250.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  testified at 2004 exam that his is sole property of ex-spouse | | | | | |
| 23  1985 Chevrolet Truck | $1,012.50 | $0.00 | OA | $0.00 | FA |
| Asset Notes:  asset per odr 05/22/14 dkt 25; settle order NOT asset 11/03/14 dkt 48 | | | | | |
| 24  potential 2013 tax refund | $0.00 | $867.00 | | $867.00 | FA |
| 25  3 horses | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes:  asset per odr 05/22/14 dkt 25; part of $25k settle per odr 11/03 dkt 48 | | | | | |
| 26  Interest on payment plan for tax refund  (u) | $0.00 | $8.67 | | $8.67 | FA |

**TOTALS (Excluding unknown value)**               **Gross Value of Remaining Assets**

$60,827.50     $35,686.67     $37,036.67     $0.00

---

**Major Activities affecting case closing:**

| 05/06/2020 | TDR TO UST |
| 04/09/2020 | filed unclaimed report |
| 03/14/2020 | prep unclm funds report |
| 06/20/2019 | TFR approved |
| 05/23/2019 | TFR Filed at Court |

FORM 1

Page No: 3  Exhibit 8

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 14-10026-TMD | Trustee Name: | Ron Satija |
|---|---|---|---|
| Case Name: | LOPEZ, VALERIE GARZA | Date Filed (f) or Converted (c): | 01/06/2014 (f) |
| For the Period Ending: | 5/6/2020 | §341(a) Meeting Date: | 02/06/2014 |
| | | Claims Bar Date: | 09/29/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 04/04/2019 | TFR submitted to UST |
| 04/02/2019 | TFR to RS for Review |
| 06/26/2018 | rec'd 505b resp 2014 rtn selected for audit by 12/26/18 |
| 06/18/2018 | Odr pay Mosley |
| 06/09/2018 | mailed estate tax rtns Fed 2014 |
| 06/08/2018 | TTE ntc of sale |
| 05/22/2018 | Mosley Fee app |
| 11/01/2017 | emailed Sid & D explaining that we did not receive ck 1883 from Pruneda and she will need to reissue to Sid. |
| 10/23/2017 | Odr hire Mosley |
| 09/27/2017 | MTH Mosley |
| 09/25/2017 | FWD info to hire Mosley |
| 08/24/2017 | emailed D w/instructions to make note pmts to asset buyer from this date forward |
| 08/23/2017 | Odr MTS note |
| 07/31/2017 | MTS Note filed |
| 07/28/2017 | Motion to Sell Note filed |
| 07/28/2017 | steps for case closing: finalize sale of note; conclude payment plan; final estate tax return; TFR |
| 01/17/2017 | QM - RS to prepare mtn to sell to Bellamy |
| 10/27/2016 | QM - working on selling note. Deadline 11/10 |
| 07/11/2016 | QM: counsel fee app approved and paid |
| 06/13/2016 | CC fee app filed |
| 03/11/2016 | QM - SMK to work on selling note |
| 12/21/2015 | Odr clm 1 |
| 12/07/2015 | Case review RS & SMK - send out bids on note; chk w/IRS re: 2013 rtn rqst sent Sept |
| 11/19/2015 | Obj clm 1 Junction filed |
| 07/28/2015 | RS SMK - quarterly case review - send note out for bids |
| 01/16/2015 | Case review RS & SMK - allocate funds; ask SM Finan if they will buy note; atty fee app |
| 11/14/2014 | TTE's Ntc Abandon Personal Property |
| 11/03/2014 | ODR Settle |
| 10/31/2014 | Settle mtn |
| 10/09/2014 | rec'd original clm for First State Bank in TTE's office |
| 09/30/2014 | Case review RS & SMK - need 2013 rtn - sell AR note - collect on assets sold to spouse |
| 09/22/2014 | ODR hire Lightfoot |
| 08/28/2014 | MTH Broker |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 4     Exhibit 8

| Case No.: | 14-10026-TMD | Trustee Name: | Ron Satija |
| --- | --- | --- | --- |
| Case Name: | LOPEZ, VALERIE GARZA | Date Filed (f) or Converted (c): | 01/06/2014 (f) |
| For the Period Ending: | 5/6/2020 | §341(a) Meeting Date: | 02/06/2014 |
| | | Claims Bar Date: | 09/29/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
| --- | --- |
| 08/11/2014 | CC mailed mtn for new trial |
| 06/19/2014 | Quarterly Case review RJS & SMK: need 2013 rtn - sell AR - broker to contact spouse |
| 06/12/2014 | attached Ex C for MTH Curtis |
| 05/23/2014 | ODR mtn to determine prop of estate |
| 05/20/2014 | AGD ODR OBJ Exempts |
| 05/14/2014 | Debtors amended scheds ABC |
| 05/06/2014 | ODR allow ext of deadlines |
| 04/30/2014 | TTE's mtn determine prop & for t-o |
| 04/15/2014 | TTE's resp to Debtors resp |
| 04/14/2014 | Debtor's resp to TTE's obj exempts |
| 04/01/2014 | ltr to t-o AR funds by 04/10 |
| 03/25/2014 | MTH Curtis |
| 03/24/2014 | Obj Exempts |
| 03/12/2014 | RJS/SMK Case Review - will review before obj d/l passes |
| 02/07/2014 | Faxed IRS turnover request |

| Initial Projected Date Of Final Report (TFR): | 06/30/2015 | Current Projected Date Of Final Report (TFR): | 09/30/2018 | /s/ RON SATIJA |
| --- | --- | --- | --- | --- |
| | | | | RON SATIJA |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-10026-TMD | Trustee Name: | Ron Satija |
|---|---|---|---|
| Case Name: | LOPEZ, VALERIE GARZA | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7038 | Checking Acct #: | ******0026 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/6/2014 | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 5/6/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/02/2014 | (9) | Debtor | d 5/21/14 MO 17-002177618 contract for deed funds for 1/2 monthly note pmt | 1121-000 | $612.00 | | $612.00 |
| 06/20/2014 | (9) | Juanita Pruneda | d 6/12/14 ck 1572 funds for 1/2 monthly note pmt | 1121-000 | $153.00 | | $765.00 |
| 06/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.85 | $764.15 |
| 07/31/2014 | (9) | Juanita Pruneda | ck 1592 d 07-03-14 funds for 1/2 monthly note pmt | 1122-000 | $153.00 | | $917.15 |
| 07/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.23 | $915.92 |
| 08/14/2014 | 7001 | Kimble County District Clerk | re: cause no. DCV-2014-1426 filing fees Kimble County Motion for New Trial | 2700-000 | | $61.00 | $854.92 |
| 08/22/2014 | (9) | Juanita Pruneda | d 8/12/14 ck 1605 funds for 1/2 monthly note pmt | 1121-000 | $153.00 | | $1,007.92 |
| 08/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.45 | $1,006.47 |
| 09/24/2014 | (9) | Juanita Pruneda | d 9/12/14 ck 1613 funds for 1/2 monthly note pmt | 1129-000 | $153.00 | | $1,159.47 |
| 09/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.61 | $1,157.86 |
| 10/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.86 | $1,156.00 |

SUBTOTALS    $1,224.00    $68.00

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-10026-TMD | | Trustee Name: | Ron Satija |
|---|---|---|---|---|
| Case Name: | LOPEZ, VALERIE GARZA | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7038 | | Checking Acct #: | ******0026 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/6/2014 | | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 5/6/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/17/2014 | | First State Bank | d 11/17/14 ck 3360 settlement pmt by David Lopez related to order dated 11/03/14 dkt 48 | | * | $25,000.00 | | $26,156.00 |
| | {2} | | d 11/17/14 ck 3360 settlement pmt by David Lopez related to order dated 11/03/14 dkt 48 | $17,000.00 | 1141-000 | | | $26,156.00 |
| | {13} | | d 11/17/14 ck 3360 settlement pmt by David Lopez related to order dated 11/03/14 dkt 48 | $1,000.00 | 1141-000 | | | $26,156.00 |
| | {14} | | d 11/17/14 ck 3360 settlement pmt by David Lopez related to order dated 11/03/14 dkt 48 | $250.00 | 1141-000 | | | $26,156.00 |
| | {16} | | d 11/17/14 ck 3360 settlement pmt by David Lopez related to order dated 11/03/14 dkt 48 | $250.00 | 1141-000 | | | $26,156.00 |
| | {18} | | d 11/17/14 ck 3360 settlement pmt by David Lopez related to order dated 11/03/14 dkt 48 | $750.00 | 1141-000 | | | $26,156.00 |
| | {19} | | d 11/17/14 ck 3360 settlement pmt by David Lopez related to order dated 11/03/14 dkt 48 | $1,250.00 | 1141-000 | | | $26,156.00 |
| | {21} | | d 11/17/14 ck 3360 settlement pmt by David Lopez related to order dated 11/03/14 dkt 48 | $4,500.00 | 1141-000 | | | $26,156.00 |
| 11/17/2014 | (9) | Juanita Pruneda | d 10/9/14 ck 1622 funds for 1/2 monthly note pmt | | 1129-000 | $153.00 | | $26,309.00 |
| 11/24/2014 | (9) | Juanita Pruneda | d 11/7/14 ck 1633 funds for 1/2 monthly note pmt | | 1121-000 | $153.00 | | $26,462.00 |
| 11/30/2014 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $17.51 | $26,444.49 |
| 12/22/2014 | (9) | Juanita Pruneda | d 12/11/14 ck 1641 funds for 1/2 monthly note pmt | | 1121-000 | $153.00 | | $26,597.49 |
| 12/31/2014 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $42.70 | $26,554.79 |
| 01/27/2015 | (9) | Juanita Pruneda | d 1/12/15 ck 1648 funds for 1/2 monthly note pmt | | 1121-000 | $153.00 | | $26,707.79 |
| 01/31/2015 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $42.83 | $26,664.96 |
| 02/20/2015 | (9) | Juanita Pruneda | d 2/12/15 ck 1653 funds for 1/2 monthly note pmt | | 1121-000 | $153.00 | | $26,817.96 |
| | | | | SUBTOTALS | | $25,765.00 | $103.04 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-10026-TMD | | Trustee Name: | Ron Satija |
|---|---|---|---|---|
| Case Name: | LOPEZ, VALERIE GARZA | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7038 | | Checking Acct #: | ******0026 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/6/2014 | | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 5/6/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/28/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $38.89 | $26,779.07 |
| 03/24/2015 | (9) | Juanita Pruneda | d 3/12/15 ck 1668 funds for 1/2 monthly note pmt | 1121-000 | $153.00 | | $26,932.07 |
| 03/24/2015 | 7002 | International Sureties, Ltd | 2015 Bond inv d 03-23-15 | 2300-000 | | $11.40 | $26,920.67 |
| 03/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $43.24 | $26,877.43 |
| 04/24/2015 | (9) | Juanita Pruneda | d 4/17/15 ck 1681 note receivable | 1121-000 | $153.00 | | $27,030.43 |
| 04/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $41.96 | $26,988.47 |
| 05/26/2015 | (9) | Juanita Pruneda | d 5/12/15 ck 1689 pmt plan funds rec'd | 1221-000 | $153.00 | | $27,141.47 |
| 05/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $43.56 | $27,097.91 |
| 06/19/2015 | (9) | Juanita Pruneda | d 6/12/15 ck 1698 note pmt rec'd | 1121-000 | $153.00 | | $27,250.91 |
| 06/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $42.35 | $27,208.56 |
| 07/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $42.46 | $27,166.10 |
| 08/13/2015 | (9) | Juanita Pruneda | d 7/12/15 ck 0527 note pmt rec'd | 1121-000 | $153.00 | | $27,319.10 |
| 08/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $45.26 | $27,273.84 |
| 09/02/2015 | (9) | Juanita Pruneda | d 8/12/15 ck 0534 note pmt rec'd | 1121-000 | $153.00 | | $27,426.84 |
| 09/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $42.78 | $27,384.06 |
| 10/21/2015 | (9) | Juanita Pruneda | d 9/10/15 ck 1743 note payment | 1121-000 | $153.00 | | $27,537.06 |
| 10/26/2015 | (9) | Juanita Pruneda | d 10/12/15 ck 1748 note payment | 1121-000 | $153.00 | | $27,690.06 |
| 10/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $44.28 | $27,645.78 |
| 11/27/2015 | (9) | Juanita Pruneda | d 11/12/15 ck 1755 note pmt rec'd | 1121-000 | $153.00 | | $27,798.78 |
| 11/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $43.15 | $27,755.63 |
| 12/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $44.76 | $27,710.87 |
| 01/11/2016 | (9) | Juanita Pruneda | d 12/17/15 ck 1706 note pmt | 1121-000 | $153.00 | | $27,863.87 |
| 01/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $44.79 | $27,819.08 |
| 02/15/2016 | (9) | Juanita Pruneda | d 1/21/16 ck1714 note pmt rec'd | 1121-000 | $153.00 | | $27,972.08 |
| 02/24/2016 | 7003 | International Sureties, Ltd | Bond #016017995 period 03/01/16 to 03/01/17 | 2300-000 | | $14.24 | $27,957.84 |
| 02/26/2016 | (9) | Juanita Pruneda | d 2/12/16 ck 1718 note pmt rec'd | 1121-000 | $153.00 | | $28,110.84 |
| 02/29/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $42.08 | $28,068.76 |

SUBTOTALS   $1,836.00   $585.20

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4

| Case No. | 14-10026-TMD | Trustee Name: | Ron Satija |
|---|---|---|---|
| Case Name: | LOPEZ, VALERIE GARZA | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7038 | Checking Acct #: | ******0026 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/6/2014 | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 5/6/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $45.27 | $28,023.49 |
| 04/15/2016 | (9) | Juanita Pruneda | d 3/8/16 ck 1729 note pmt rec'd | 1121-000 | $153.00 | | $28,176.49 |
| 04/27/2016 | (9) | Juanita Pruneda | d 4/4/16 ck 1766 note payment | 1121-000 | $153.00 | | $28,329.49 |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $43.86 | $28,285.63 |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $45.62 | $28,240.01 |
| 06/10/2016 | (9) | Juanita Pruneda | d 5/11/16 ck 1775 note pmt | 1121-000 | $153.00 | | $28,393.01 |
| 06/10/2016 | (24) | Debtor | ck 876 d 05/19/16 pmt plan tax refund | 1124-000 | $75.00 | | $28,468.01 |
| 06/29/2016 | (9) | Juanita Pruneda | d 6/12/16 ck 1784 note pmt | 1121-000 | $153.00 | | $28,621.01 |
| 06/29/2016 | (24) | Debtor | ck 899 d 06/24/16 tax refund | 1124-000 | $75.00 | | $28,696.01 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $44.30 | $28,651.71 |
| 07/11/2016 | 7004 | Catherine Curtis | fees & exp per odr d 07/08/16 dkt 60 | * | | $10,073.22 | $18,578.49 |
| | | | Curtis Law Firm PLLC - fees & exp per odr d 07/08/16 dkt 60 | $(9,478.75) 3210-600 | | | $18,578.49 |
| | | | Curtis Law Firm PLLC - fees & exp per odr d 07/08/16 dkt 60 | $(594.47) 3220-610 | | | $18,578.49 |
| 07/29/2016 | (9) | Juanita Pruneda | d 7/29/16 ck 1792 note pmt rec'd | 1121-000 | $153.00 | | $18,731.49 |
| 07/29/2016 | (24) | Debtor | d 7/15/16 ck 917 pmt plan funds rec'd for tax refund | 1224-000 | $75.00 | | $18,806.49 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $38.88 | $18,767.61 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.27 | $18,737.34 |
| 09/16/2016 | (9) | Juanita Pruneda | d 8/12/16 ck 1797 note pmt rec'd | 1121-000 | $153.00 | | $18,890.34 |
| 09/16/2016 | (24) | Debtor | d 8/19/16 ck 944 pmt plan funds rec'd | 1224-000 | $75.00 | | $18,965.34 |
| 09/30/2016 | (9) | Juanita Pruneda | d 9/9/16 ck 1802 note pmt rec'd | 1121-000 | $153.00 | | $19,118.34 |
| 09/30/2016 | (24) | Debtor | d 9/16/16 ck 957 pmt plan funds rec'd | 1224-000 | $75.00 | | $19,193.34 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.38 | $19,163.96 |
| 10/21/2016 | (9) | Juanita Pruneda | d 10/12/16 ck 1808 note pmt | 1121-000 | $153.00 | | $19,316.96 |
| 10/21/2016 | (24) | Debtor | d 10/13/16 ck 988 pmt plan funds rec'd | 1224-000 | $75.00 | | $19,391.96 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.96 | $19,361.00 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.22 | $19,330.78 |
| | | | **SUBTOTALS** | | $1,674.00 | $10,411.98 | |

Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5

| Case No. | 14-10026-TMD | Trustee Name: | Ron Satija |
|---|---|---|---|
| Case Name: | LOPEZ, VALERIE GARZA | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7038 | Checking Acct #: | ******0026 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/6/2014 | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 5/6/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/06/2016 | (9) | Juanita Pruneda | d 11/29/16 ck 1819 note pmt rec'd | 1121-000 | $153.00 | | $19,483.78 |
| 12/06/2016 | (24) | Debtor | d 11/14/16 ck 1015 pmt plan funds rec'd | 1224-000 | $75.00 | | $19,558.78 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $31.46 | $19,527.32 |
| 01/02/2017 | (9) | Juanita Pruneda | pmt processed after bids closed to be sent to buyerd 12/2/16 ck 1822 note pmt | 1121-000 | $153.00 | | $19,680.32 |
| 01/02/2017 | (24) | Debtor | d 12/9/16 ck 1025 pmt plan funds rec'd | 1224-000 | $75.00 | | $19,755.32 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $31.83 | $19,723.49 |
| 02/05/2017 | (9) | Juanita Pruneda | d 1/13/17 ck 1831 note pmt rec'd | 1121-000 | $153.00 | | $19,876.49 |
| 02/05/2017 | (24) | Debtor | d 1/20/17 ck 1056 pmt plan funds rec'd | 1224-000 | $75.00 | | $19,951.49 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $28.99 | $19,922.50 |
| 03/03/2017 | (9) | Juanita Pruneda | d 2/23/17 ck 1838 note pmt rec'd | 1121-000 | $153.00 | | $20,075.50 |
| 03/03/2017 | (24) | Debtor | d 2/23/17 ck 1075 pmt plan funds rec'd | 1224-000 | $75.00 | | $20,150.50 |
| 03/03/2017 | 7005 | International Sureties, Ltd | Bond dated 03/01/2017 | 2300-000 | | $4.29 | $20,146.21 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $32.40 | $20,113.81 |
| 04/01/2017 | (9) | Juanita Pruneda | d 3/20/17 ck 1845 note pmt | 1121-000 | $153.00 | | $20,266.81 |
| 04/01/2017 | (24) | Debtor | d 3/21/17 ck 1101 pmt plan funds rec'd | 1224-000 | $75.00 | | $20,341.81 |
| 04/21/2017 | (9) | Juanita Pruneda | d 4/10/17 ck 1853 note pmt rec'd | 1121-000 | $153.00 | | $20,494.81 |
| 04/21/2017 | (24) | Debtor | d 4/14/17 ck 1116 pmt plan funds rec'd | 1224-000 | $42.00 | | $20,536.81 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $31.78 | $20,505.03 |
| 05/31/2017 | (9) | Juanita Pruneda | d 5/22/17 ck 1864 note pmt | 1121-000 | $153.00 | | $20,658.03 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.46 | $20,627.57 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.65 | $20,597.92 |
| 07/10/2017 | | Juanita Pruneda | d 6/19/17 ck 1872 note payment | * | $153.00 | | $20,750.92 |
| | {9} | | note pmt $145.00 | 1121-000 | | | $20,750.92 |
| | {9} | | pmt processed after bids closed to be sent to buyer $8.00 | 1121-000 | | | $20,750.92 |
| 07/10/2017 | (26) | Debtor | d 6/8/17 ck 1157 pmt plan funds rec'd | 1224-000 | $8.67 | | $20,759.59 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.75 | $20,728.84 |

SUBTOTALS  $1,649.67  $251.61

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-10026-TMD | Trustee Name: | Ron Satija |
| --- | --- | --- | --- |
| Case Name: | LOPEZ, VALERIE GARZA | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7038 | Checking Acct #: | ******0026 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/6/2014 | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 5/6/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/25/2017 | 7006 | Clerk of Court - Western District - Austin Division | filing fee for MTS filed 07/28/17 | 2700-003 | | $181.00 | $20,547.84 |
| 08/30/2017 | 7006 | VOID: Clerk of Court - Western District - Austin Division | VOID filing fee for MTS filed 07/28/17 (TTE wrote personal chk will reimburse through expenses.) | 2700-003 | | ($181.00) | $20,728.84 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.79 | $20,698.05 |
| 09/08/2017 | | Sid Bellamy | d 9/8/17 ck 1000362122 pmt per sale order d 08/22/17 dkt 63 with offset for subsequent pmt made per order terms | * | $3,809.00 | | $24,507.05 |
| | {9} | | $4,888.00 | 1121-002 | | | $24,507.05 |
| | | | 12/06/16 $153.00 pmt processed after bids closed  $(153.00) | 8500-002 | | | $24,507.05 |
| | | | 01/02/17 $153.00 pmt processed after bids closed  $(153.00) | 8500-002 | | | $24,507.05 |
| | | | 02/05/17 $153.00 pmt processed after bids closed  $(153.00) | 8500-002 | | | $24,507.05 |
| | | | 03/03/17 $153.00 pmt processed after bids closed  $(153.00) | 8500-002 | | | $24,507.05 |
| | | | 04/01/17 $153.00 pmt processed after bids closed  $(153.00) | 8500-002 | | | $24,507.05 |
| | | | 04/21/17 $153.00 pmt processed after bids closed  $(153.00) | 8500-002 | | | $24,507.05 |
| | | | 05/31/17 $153.00 pmt processed after bids closed  $(153.00) | 8500-002 | | | $24,507.05 |
| | | | 07/10/17 $153.00 pmt processed after bids closed  $(8.00) | 8500-002 | | | $24,507.05 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $33.23 | $24,473.82 |
| 10/03/2017 | 7007 | International Sureties, Ltd | Bond Inv 016071777 period 10/01/17 to 10/01/18 | 2300-000 | | $6.87 | $24,466.95 |
| 10/03/2017 | 7008 | International Sureties, Ltd | Duplicate Check prepared in error - Bond Inv 016071777 period 10/01/17 to 10/01/18 | 2300-003 | | $6.87 | $24,460.08 |
| 10/03/2017 | 7008 | VOID: International Sureties, Ltd | Duplicate Check prepared in error | 2300-003 | | ($6.87) | $24,466.95 |

| | | | SUBTOTALS | | $3,809.00 | $70.89 | |

**FORM 2**

Page No: 7

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-10026-TMD | Trustee Name: | Ron Satija |
|---|---|---|---|
| Case Name: | LOPEZ, VALERIE GARZA | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7038 | Checking Acct #: | ******0026 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/6/2014 | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 5/6/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $36.36 | $24,430.59 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $35.13 | $24,395.46 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $36.24 | $24,359.22 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $36.19 | $24,323.03 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $32.64 | $24,290.39 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $36.09 | $24,254.30 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $34.87 | $24,219.43 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $35.98 | $24,183.45 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $34.77 | $24,148.68 |
| 07/05/2018 | 7009 | John Mosley | Odr pay fees & exp d 06/18/18 dkt 70 | * | | $705.50 | $23,443.18 |
| | | | John Mosley - Odr pay fees & exp d 06/18/18 dkt 70　　$(680.00) | 3410-000 | | | $23,443.18 |
| | | | John Mosley - Odr pay fees & exp d 06/18/18 dkt 70　　$(25.50) | 3420-000 | | | $23,443.18 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $35.88 | $23,407.30 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $5.78 | $23,401.52 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($5.78) | $23,407.30 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $409.62 | $22,997.68 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($409.62) | $23,407.30 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $34.79 | $23,372.51 |
| 10/04/2018 | 7010 | International Sureties, Ltd | 2018 Bond Inv 016071777 | 2300-000 | | $7.68 | $23,364.83 |
| 06/21/2019 | 7011 | Ron Satija | Trustee Compensation | 2100-000 | | $4,345.77 | $19,019.06 |
| 06/21/2019 | 7012 | Ron Satija | Trustee Expenses | 2200-000 | | $2,362.95 | $16,656.11 |
| 06/21/2019 | 7013 | American InfoSource LP | Account Number: 9962/TD Bank; Claim #: 2; Amount Allowed: 8,045.64; | 7100-000 | | $1,289.09 | $15,367.02 |
| 06/21/2019 | 7014 | Quantum3 Group LLC | Account Number: 6271/Avenue/Comenity; Claim #: 3; Amount Allowed: 439.65; | 7100-000 | | $70.44 | $15,296.58 |
| 06/21/2019 | 7015 | Quantum3 Group LLC | Account Number: 2953/Chadwicks/Comenity; Claim #: 4; Amount Allowed: 1,189.00; | 7100-000 | | $190.50 | $15,106.08 |
| | | | SUBTOTALS | | $0.00 | $9,360.87 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-10026-TMD | Trustee Name: | Ron Satija |
|---|---|---|---|
| Case Name: | LOPEZ, VALERIE GARZA | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7038 | Checking Acct #: | ******0026 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/6/2014 | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 5/6/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/21/2019 | 7016 | Quantum3 Group LLC | Account Number: 7445/OneStop/Comenity; Claim #: 5; Amount Allowed: 807.52; | 7100-000 | | $129.38 | $14,976.70 |
| 06/21/2019 | 7017 | Capital Recovery V, LLC | Account Number: 4900/Dillards/Amex; Claim #: 6; Amount Allowed: 6,087.68; | 7100-000 | | $975.37 | $14,001.33 |
| 06/21/2019 | 7018 | Capital Recovery V, LLC | Account Number: 4824/Walmart; Claim #: 7; Amount Allowed: 2,296.92; | 7100-000 | | $368.01 | $13,633.32 |
| 06/21/2019 | 7019 | Progeny II, Inc. | Account Number: prom note; Claim #: 8; Amount Allowed: 85,090.79; | 7100-000 | | $13,633.32 | $0.00 |
| 03/14/2020 | 7017 | STOP PAYMENT: Capital Recovery V, LLC | Stop Payment for Check# 7017 | 7100-004 | | ($975.37) | $975.37 |
| 03/14/2020 | 7018 | STOP PAYMENT: Capital Recovery V, LLC | Stop Payment for Check# 7018 | 7100-004 | | ($368.01) | $1,343.38 |
| 03/14/2020 | 7019 | STOP PAYMENT: Progeny II, Inc. | Stop Payment for Check# 7019 | 7100-004 | | ($13,633.32) | $14,976.70 |
| 03/14/2020 | 7020 | Clerk, US Bankruptcy Court | Unclaimed Funds | * | | $14,976.70 | $0.00 |
| | | | Claim Amount $(975.37) | 7100-001 | | | $0.00 |
| | | | Claim Amount $(368.01) | 7100-001 | | | $0.00 |
| | | | Claim Amount $(13,633.32) | 7100-001 | | | $0.00 |

| | | | | SUBTOTALS | $0.00 | $15,106.08 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-10026-TMD | Trustee Name: | Ron Satija |
|---|---|---|---|
| Case Name: | LOPEZ, VALERIE GARZA | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7038 | Checking Acct #: | ******0026 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/6/2014 | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 5/6/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $35,957.67 | $35,957.67 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $35,957.67 | $35,957.67 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $35,957.67 | $35,957.67 | |

**For the period of 1/6/2014 to 5/6/2020**

| | |
|---|---|
| Total Compensable Receipts: | $32,148.67 |
| Total Non-Compensable Receipts: | $4,888.00 |
| Total Comp/Non Comp Receipts: | $37,036.67 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $35,957.67 |
| Total Non-Compensable Disbursements: | $1,079.00 |
| Total Comp/Non Comp Disbursements: | $37,036.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/02/2014 to 5/6/2020**

| | |
|---|---|
| Total Compensable Receipts: | $32,148.67 |
| Total Non-Compensable Receipts: | $4,888.00 |
| Total Comp/Non Comp Receipts: | $37,036.67 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $35,957.67 |
| Total Non-Compensable Disbursements: | $1,079.00 |
| Total Comp/Non Comp Disbursements: | $37,036.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 10 Exhibit 9

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| **Case No.** | 14-10026-TMD | | **Trustee Name:** | Ron Satija |
| **Case Name:** | LOPEZ, VALERIE GARZA | | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***7038 | | **Checking Acct #:** | ******0026 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 1/6/2014 | | **Blanket bond (per case limit):** | $89,692,000.00 |
| **For Period Ending:** | 5/6/2020 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $35,957.67 | $35,957.67 | $0.00 |

**For the period of 1/6/2014 to 5/6/2020**

| | |
|---|---|
| Total Compensable Receipts: | $32,148.67 |
| Total Non-Compensable Receipts: | $4,888.00 |
| Total Comp/Non Comp Receipts: | $37,036.67 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $35,957.67 |
| Total Non-Compensable Disbursements: | $1,079.00 |
| Total Comp/Non Comp Disbursements: | $37,036.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/06/2014 to 5/6/2020**

| | |
|---|---|
| Total Compensable Receipts: | $32,148.67 |
| Total Non-Compensable Receipts: | $4,888.00 |
| Total Comp/Non Comp Receipts: | $37,036.67 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $35,957.67 |
| Total Non-Compensable Disbursements: | $1,079.00 |
| Total Comp/Non Comp Disbursements: | $37,036.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ RON SATIJA
_____

RON SATIJA